# EXHIBIT 1



One CVS Drive
Woonsocket, RI 02895

<u>VIA UPS Overnight</u>
1Z03392929944l0948

PERSONAL AND CONFIDENTIAL

March 16, 2015

Redoune Goulmamine, MD
3297 Suite A South Crater Road
Petersburg, VA 23805

Dear Dr. Goulmamine,

We initially contacted you by correspondence dated October 15, 2014 with respect to CVS/pharmacy concerns regarding your prescribing patterns for controlled substance prescriptions.

Despite our attempts to resolve the concerns with your controlled substance prescribing patterns these concerns persist. Thus, we are writing to inform you that effective March 24, 2015, CVS/pharmacy stores will no longer be able to fill prescriptions that you write for controlled substances.

We take our compliance obligations very seriously and, after careful consideration, find it necessary to take this action.

Sincerely,

*Edward Achuck*

Edward Achuck, R.Ph.
Director of Pharmacy Professional Practice Standards

**CVS** pharmacy / caremark / minute clinic / specialty